# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GIBSON & ASSOCIATES, INC.

VERSUS

LOUISIANA DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT AND SHAWN
WILSON, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF THE
LOUISIANA DEPARTMENT OF
TRANSPORTATION AND
DEVELOPMENT

NO.  2025 CW 0009

**JANUARY 9, 2025**

---

In Re:     Gibson & Associates, Inc., applying for supervisory
           writs, 19th Judicial District Court, Parish of East
           Baton Rouge, No. 710683.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**STAY DENIED; WRIT DENIED.**

                              MRT
                              CHH
                              BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT